# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Ameresco Select, Inc. | )  ASBCA No. 61496 |
| | ) |
| Under Contract No. N47408-00-D-8131 | ) |

APPEARANCE FOR THE APPELLANT:    Ron R. Hutchinson, Esq.
                                  Doyle & Bachman, LLP
                                  Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  David L. Koman, Esq.
                                    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61496, Appeal of Ameresco Select, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals